UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Reverend Beck,                                         Civil No. 05-2114 (RHK/FLN)

      Petitioner,                                          **ORDER**

v.

Robert Feneis,

      Respondent.

_____

Based on this Court's de novo review of the September 23, 2005 Report and Recommendation of United States Magistrate Judge Franklin L. Noel and dPetitioner's Objections thereto, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. The Objections (Doc. No. 6) are **OVERRULED**;

3. Petitioner's Motion to Recuse Magistrate Noel and Judge Kyle (Doc. No. 5) is **DENIED**;

4. Petitioner's application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 2) is **DENIED**;

5. Petitioner's application for writ of habeas corpus (Doc. No. 1) is **DENIED**; and

    6.  This action is summarily **DISMISSED**.

Dated: October 6, 2005

                                                  <u>s/Richard H. Kyle</u>
                                                    RICHARD H. KYLE
                                                    United States District Judge